1 | Paul H. Beattie (admitted *pro hac vice*)
　　paul.beattie@rimonlaw.com
2 | Richard Mooney, Esq. (SBN 176486)
　　richard.mooney@rimonlaw.com
3 | Rimon, P.C.
One Embarcadero Center #400
4 | San Francisco, California  94111
Telephone:  (415) 539-0443
5 | Facsimile:  (800) 930-7271

6 | Attorneys for Plaintiff
Daniel E. Levy

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel E. Levy, an individual domiciled in California,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Prevacus, Inc., a Delaware corporation residing in Florida,<br><br>　　　　　　　　Defendant. | Case No. 16-cv-01555-KAW<br><br>**Stipulation and [~~Proposed~~] Order re Scheduling of Case Management Conference** |

**Stipulation**

Whereas, Plaintiff filed an initial complaint in this action on March 29, 2016, and subsequently personally served that complaint and the associated summons on Defendant on May 16, 2016; and

Whereas, the Parties on June 1 stipulated that in light of Plaintiff's intention to file an amended complaint Defendant's obligation to respond to the original complaint would be extended to 21 days from the filing of that amended complaint (Docket No. 13); and

Whereas, the Court on June 27 continued the case management conference previously scheduled for June 28 until August 23, and directed the parties to file a case management conference statement by August 16 (Docket No. 17); and

Whereas, Defendant was until recently represented by counsel but is no longer represented by counsel and desires additional time to seek and retain counsel prior to filing a case management statement and participating in a case management conference; and

Whereas Plaintiff's counsel does not oppose the provision of a reasonable amount of additional time in fairness to the Defendant (and assume the gesture would be reciprocated if Plaintiff needed additional time at some point);

Therefore, the parties stipulate, subject to the approval of the Court, as follows:

1. The Case Management Conference currently set for August 23, 2016 at 1:30 p.m. is continued until October 18, 2016 at 1:30 p.m.;

2. The August 16, 2016 deadline for filing a Case Management Statement is extended until October 11, 2016.

[rest of page intentionally blank]

3.   No other dates or stipulations shall be modified.

Dated:  August 10, 2016               Rimon P.C.

_____/s/_____
Richard J. Mooney
Attorneys for Plaintiff

Dated:  August 10, 2016               Prevacus, Inc.

_____/s/_____ [1]
Jake VanLandingham (President)

## [Proposed] Order

In light of the parties' stipulation, and good cause appearing, the Court orders as follows:

1.   The Case Management Conference currently set for August 23, 2016 at 1:30 p.m. is continued until October 18, 2016 at 1:30 p.m.;

2.   The August 16, 2016 deadline for filing a Case Management Statement is extended until October 11, 2016; and

3.   No other dates or stipulations are modified.

Dated: August __11__, 2016

_____
Honorable Kandis A. Westmore
United States Magistrate Judge

---

[1]   Pursuant to Local Rule 5-1(i)(3), the ECF filer of this document (Richard J. Mooney) hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.