UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. LEVY,<br><br>        Plaintiff,<br><br>  v.<br><br>PREVACUS, INC., et al.,<br><br>        Defendants. | Case No.  4:16-cv-01555-KAW<br><br>**ORDER GRANTING DEFENDANTS MOTION TO EXTEND TIME TO ANSWER THE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 34 |

On February 9, 2017, Defendant Jacob W. VanLandingham requested a 45 day extension of time, until March 25, 2017, to respond to Plaintiff's first amended complaint in order to obtain new counsel. (Dkt. No. 34 at 7.) The Court notes that Mr. VanLandingham also requested to extend the time to respond on behalf of his corporation Prevacus, Inc., which he understands must be represented by counsel.

Plaintiff Daniel E. Levy opposed the 45 day extension, but agreed to a final two-week extension until March 1, 2017. (*See* Pl.'s Opp'n, Dkt. No. 38 at 3.)  While the Court sympathizes with Plaintiff's frustration regarding Defendants' seven month delay in obtaining counsel, the Court will GRANT the 45 day extension, as there is sufficient time for the parties to prepare for the initial case management conference on April 25, 2017.

Defendants are advised that the Court will not permit any further extensions absent good cause.  Accordingly, should Defendants not obtain counsel before the March 25, 2017 deadline to respond, Plaintiff may go forward with default proceedings against the corporate defendant.

IT IS SO ORDERED.

Dated: March 1, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge