Paul H. Beattie, Esq. (*admitted pro hac vice*)
Richard J. Mooney, Esq. (SBN: 176486)
Brian T. Hafter, Esq. (SBN: 173151)
**Rimon P.C.**
One Embarcadero Center #400
San Francisco, CA 94111
Telephone: (415) 539-0443
paul.beattie@rimonlaw.com
richard.mooney@rimonlaw.com

Attorneys for Plaintiff Daniel E. Levy

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel E. Levy, an individual domiciled in California,<br><br>Plaintiff,<br><br>vs.<br><br>Prevacus, Inc., a Delaware corporation residing in Florida,<br><br>Defendant. | Case No. 16-cv-1555 KAW<br><br>STIPULATION AND ORDER POSTPONING CASE MANAGEMENT CONFERENCE |

## **STIPULATION**

Plaintiff Daniel E. Levy, and Defendants Prevacus and Jake VanLandingham, through their respective counsel of record, do hereby agree and stipulate as follows:

1. The Court has scheduled a case management conference for October 17, 2017.

2. The parties participated in a mediation on September 26, 2017.

3. While the parties dispute whether a settlement was reached at the mediation, the parties are continuing their efforts to try to memorialize a settlement.

4. In light of the foregoing, Plaintiff and Defendants agree to postpone the case management conference until a convenient date for the Court that falls after December 31, 2017.

Dated: October 5, 2017　　　　　　　　　　　Rimon P.C.

By:　　　　/s/ Brian T. Hafter　　　　
　　　Brian T. Hafter
　　　Attorneys for Plaintiff Daniel E. Levy

Dated: October 5, 2017　　　　　　　　　　　Law Offices of Seth W. Wiener

By:　　　　/s/ Seth W. Wiener　　　　
　　　Seth W. Wiener
　　　Attorneys for Defendants Prevacus, Inc.
　　　and Jake VanLandingham

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Brian T. Hafter, attest that concurrence in the filing of this document has been obtained from the other signatories.

Executed on October 5, 2017 in San Francisco, California.

By:　　　　/s/ Brian T. Hafter　　　　
　　　Brian T. Hafter
　　　Attorneys for Plaintiff Daniel E. Levy

# **ORDER**

Pursuant to the foregoing Stipulation, IT IS SO ORDERED. The case management conference scheduled for October 17, 2017 has been postponed and will be held on January 16, 2018 at 1:30 p.m. Case Management statement is due by January 9, 2018.

Dated: October 5, 2017

_____
Hon. Kandis A. Westmore
United States Magistrate Judge