Paul H. Beattie, Esq. (*admitted pro hac vice*)
Richard J. Mooney, Esq. (SBN: 176486)
Brian T. Hafter, Esq. (SBN: 173151)
**Rimon P.C.**
One Embarcadero Center #400
San Francisco, CA 94111
Telephone: (415) 539-0443
paul.beattie@rimonlaw.com
richard.mooney@rimonlaw.com

Attorneys for Plaintiff Daniel E. Levy

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel E. Levy, an individual domiciled in California,<br><br>Plaintiff,<br><br>vs.<br><br>Prevacus, Inc., a Delaware corporation residing in Florida,<br><br>Defendant. | Case No. 16-cv-1555 KAW<br><br>STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE AS MODIFIED |

## **STIPULATION**

Plaintiff Daniel E. Levy, and Defendants Prevacus and Jake VanLandingham, through their respective counsel of record, do hereby agree and stipulate as follows:

1. The Court has scheduled a case management conference for January 16, 2018.

2. The parties participated in a mediation on September 26, 2017.

3. The parties are working diligently to memorialize the settlement, which will eventually result in the dismissal of this case.

4. In light of the foregoing, Plaintiff and Defendants agree to postpone the case management conference until a convenient date for the Court that falls after February 16, 2018.

Dated: January 4, 2018        Rimon P.C.

                By: _____/s/ Brian T. Hafter_____
                   Brian T. Hafter
                   Attorneys for Plaintiff Daniel E. Levy

Dated: January 4, 2018         Law Offices of Seth W. Wiener

                By: _____/s/ Seth W. Wiener_____
                   Seth W. Wiener
                   Attorneys for Defendants Prevacus, Inc.
                   and Jake VanLandingham

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Brian T. Hafter, attest that concurrence in the filing of this document has been obtained from the other signatories.

Executed on January 4, 2018 in San Francisco, California.

                By: _____/s/ Brian T. Hafter_____
                   Brian T. Hafter
                   Attorneys for Plaintiff Daniel E. Levy

1

*Levy v. Prevacus, Inc.* (Case No. 16-cv-1555 KAW)
Stipulation and [Proposed] Order Postponing Case Management Conferernce

**[PROPOSED] ORDER AS MODIFIED**

Pursuant to the foregoing Stipulation, IT IS SO ORDERED. The case management conference scheduled for January 16, 2018 has been postponed and will be held on ___March 6, 2018_____ at _1:30 pm__. The joint case management conference statement is due by February 27, 2018.

Dated: __1/8_____ 2018    _____Kandis Westmore_____
Hon. Kandis A. Westmore
United States Magistrate Judge