Paul H. Beattie, Esq. (*admitted pro hac vice*)
Richard J. Mooney, Esq. (SBN: 176486)
Brian T. Hafter, Esq. (SBN: 173151)
**Rimon P.C.**
One Embarcadero Center #400
San Francisco, CA 94111
Telephone: (415) 539-0443
paul.beattie@rimonlaw.com
richard.mooney@rimonlaw.com

Attorneys for Plaintiff Daniel E. Levy

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel E. Levy, an individual domiciled in California, <br><br>          Plaintiff, <br><br>    vs. <br><br> Prevacus, Inc., a Delaware corporation residing in Florida, <br><br>          Defendant. | Case No. 16-cv-1555 KAW <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER POSTPONING CASE MANAGEMENT CONFERENCE** <br> AS MODIFIED |

## **STIPULATION**

Plaintiff Daniel E. Levy, and Defendants Prevacus and Jake VanLandingham,

through their respective counsel of record, do hereby agree and stipulate as follows:

1      1.      The Court has scheduled a case management conference for March 6, 2018.

2      2.      The parties participated in a mediation on September 26, 2017, and since that time,

3  the parties have been working in good faith to negotiate settlement terms.   This process has taken

4  longer than the parties envisioned, and the parties appreciate the Court's patience.

5      3.      The parties have reached a settlement in principle, which – upon completion by all

6  parties of their settlement obligations – will result in the dismissal of this case by September 1,

7  2018.

8      4.      In light of the foregoing, Plaintiff and Defendants agree to postpone the case

9  management conference until a convenient date for the Court that falls after September 1, 2018 –

10  with all parties believing in good faith that a dismissal with prejudice will be filed before said date.

11  Dated:  March 1, 2018                                        Rimon P.C.

12

13                                                    By:  _____/s/ Brian T. Hafter_____
                                                          Brian T. Hafter
14                                                        Attorneys for Plaintiff Daniel E. Levy

15

16  Dated:  March 1, 2018                                  Law Offices of Seth W. Wiener

17

18                                                    By:  _____/s/_Seth W. Wiener_____
                                                          Seth W. Wiener
19                                                        Attorneys for Defendants Prevacus, Inc.
                                                          and Jake VanLandingham
20

21      **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

22      I, Brian T. Hafter, attest that concurrence in the filing of this document has been obtained

23  from the other signatories.  Executed on March 1, 2018 in San Francisco, California.

24

25                                                    By:  _____/s/ Brian T. Hafter_____
                                                          Brian T. Hafter
26                                                        Attorneys for Plaintiff Daniel E. Levy

27

28

1    **[PROPOSED] ORDER**

2

3        Pursuant to the foregoing Stipulation, IT IS SO ORDERED.  The case management

4    conference scheduled for March 6, 2018 has been postponed and will be held on

5    __September 18, 2018_____ at _1:30 pm___.

6

7    Dated: ___3/2_____ 2018                    _____
                                                     Hon. Kandis A. Westmore
8                                                    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28