Paul H. Beattie, Esq. (*admitted pro hac vice*)
Richard J. Mooney, Esq. (SBN: 176486)
Brian T. Hafter, Esq. (SBN: 173151)
**Rimon P.C.**
One Embarcadero Center #400
San Francisco, CA 94111
Telephone: (415) 539-0443
paul.beattie@rimonlaw.com
richard.mooney@rimonlaw.com

Attorneys for Plaintiff Daniel E. Levy

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel E. Levy, an individual domiciled in California,<br><br>Plaintiff,<br><br>vs.<br><br>Prevacus, Inc., a Delaware corporation residing in Florida,<br><br>Defendant. | Case No. 16-cv-1555 KAW<br><br>STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE |

## **STIPULATION**

Plaintiff Daniel E. Levy, and Defendants Prevacus and Jake VanLandingham, through their respective counsel of record, do hereby agree and stipulate as follows:

1. The Court has scheduled a case management conference for September 18, 2018.

2. The parties participated in a mediation on September 26, 2017, and since that time, the parties have been working in good faith to negotiate settlement terms. This process has taken longer than the parties envisioned, and the parties appreciate the Court's patience.

3. The parties have made real progress towards satisfying the key terms of their mediation agreement. The Stock Options Agreement awarding Dr. Levy vested options to buy up to 80,000 shares of stock in the company has been finalized and signed. That part of the settlement is now complete. Prevacus has also paid the first $25,000 of an agreed cash settlement amount of $125,000, but indicates it needs more time to pay off the balance.[1]

4. In light of the foregoing, Plaintiff and Defendants agree to postpone the case management conference until a convenient date for the Court that falls after January 1, 2019 – with all parties hoping in good faith that a dismissal with prejudice will be filed before said date.

Dated: September 4, 2018                     Rimon P.C.

By: _____/s/ Brian T. Hafter_____
Brian T. Hafter
Attorneys for Plaintiff Daniel E. Levy

Dated: September 4, 2018                     Law Offices of Seth W. Wiener

By: _____/s/ Seth W. Wiener_____
Seth W. Wiener
Attorneys for Defendants Prevacus, Inc.
and Jake VanLandingham

---

[1] Dr. Levy's counsel also states separately: It has not been clear to Dr. Levy that spending more money on litigation would have sped the settlement process up at all, since much of the delay is simply a function of Prevacus' cash-flow issues. However, Dr. Levy reserves the right to move the Court to add interest to the agreed settlement amount ($125,000) if delays persist.

1

*Levy v. Prevacus, Inc.* (Case No. 16-cv-1555 KAW)
Stipulation and [Proposed] Order Postponing Case Management Confedernce

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Brian T. Hafter, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on September 4, 2018 in San Francisco, California.


By: _____/s/ Brian T. Hafter_____
    Brian T. Hafter
    Attorneys for Plaintiff Daniel E. Levy

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, IT IS SO ORDERED. The case management conference scheduled for September 18, 2018 has been postponed and will be held on __January 8, 2019__ at _1:30 p.m_.

Dated: __9/10__ 2018

_____
Hon. Kandis A. Westmore
United States Magistrate Judge